IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

UNITED STATES OF AMERICA                                                                                           PLAINTIFF

v.                                             Case No. 6:19-cr-60043

JOHNNY RODRIGUEZ                                                                                                    DEFENDANT

## ORDER

Before the Court is a Motion to Dismiss filed by the United States of America. ECF No. 28. The United States moves the Court to dismiss the Indictment pending against Defendant in this case. Upon consideration, pursuant to Fed. R. Crim. P. 48(a), the Court finds that the motion should be and hereby is **GRANTED**. Accordingly, the Indictment is **DISMISSED**.

**IT IS SO ORDERED**, this 15th day of March, 2021.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge